**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7209**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JOHN JOHNSON TERRELL, II,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:06-cr-00493-JCC-1; 1:09-cv-00846-JCC)

Submitted:  February 16, 2012      Decided:  February 12, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John Johnson Terrell, II, Appellant Pro Se.  Stephen Thomas Descano, Jr., Jenny C. Ellickson, Michael Franchak, John C. Lynch, Karen Elisabeth Servidea, Joseph Edwin Springsteen, OFFICE OF THE UNITED STATES ATTORNEY, William H. Jones, II, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Johnson Terrell, II, appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Terrell v. United States, Nos. 1:06-cr-00493-JCC-1, 1:09-cv-00846-JCC (E.D. Va. July 19, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This court previously remanded Terrell's § 2255 motion for consideration in light of Holland v. Florida, 130 S. Ct. 2549 (2010). United States v. Terrell, 405 F. App'x 731 (4th Cir. 2010) (No. 10-6886).